WEBB'S ACADEMY AND HOME FOR SHIPBUILDERS, Appellant
*v.* THOMAS B. HIDDEN, Individually and as Trustee under
the Will of HENRIETTA A. WEBB, Deceased, et al.,
Respondents.

*Webb's Academy and Home for Shipbuilders* v. *Hidden,* 118 App. Div.
711, affirmed.
   (Argued November 13, 1908; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered June
12, 1907, reversing a judgment in favor of plaintiff entered
upon the report of a referee and granting a new trial in an
action to determine title to real property.

*John G. Milburn* and *Walter F. Taylor* for appellant.

*Charles F. Brown, George S. Hamlin, Frederick P.
Bellamy, J. Solon Einsohn* and *William H. Sage* for
respondents.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts; no
opinion.
   Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT,
HISCOCK and CHASE, JJ.   Dissenting: GRAY and VANN, JJ.

---

In the Matter of the Accounting of JACOB VOELBEL, as
Executor of NICOLAUS JOOST, Deceased, Respondent.
ANNA L. RAFF, Appellant.

*Matter of Voelbel,* 126 App. Div. 932, affirmed.
   (Submitted January 5, 1909; decided January 26, 1909.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered May 1, 1908, which affirmed a decree of the Kings